KNOWLTON *v.* WATERTOWN, No. 199, SPALDING *v.* WATERTOWN, No. 200. Error to the Circuit Court of the United States for the Western District of Wisconsin. Argued March 13, 1889. Decided April 8, 1889.

MR. JUSTICE BRADLEY: These cases are, in all essential respects, the same as that of No. 198, in which the opinion has just been announced, and the same judgment — of affirmance — is therefore rendered therein.

*Affirmed.*

*Mr. George P. Miller* for plaintiffs in error.

*Mr. George W. Bird* and *Mr. Daniel Hall* for defendant in error.